UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Camerino JORGE-Felipe<br>(AKA): Jorge JILIPE<br><br>Defendant. | Magistrate Case No.<br>'08 MJ 1938<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **June 21, 2008**, within the Southern District of California, defendant, **Camerino JORGE-Felipe (AKA): Jorge JILIPE**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **June** 2008.

UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME:  JORGE-Felipe, Camerino
(AKA):  Jorge JILIPE

## PROBABLE CAUSE STATEMENT

On Saturday June 21, 2008, San Diego Sheriffs Office apprehended the defendant, Camerino JORGE-Felipe, (AKA) Jorge JILIPE for the offense of Disorderly Conduct Drunk. During a routine jail interview on June 22, 2008, an Immigration Enforcement Agent with Immigration and Customs Enforcement determined the defendant to be a citizen of Mexico and place a Form I-247 "Immigration Detainer" pending his release from state custody. On Monday June 23, 2008, at approximately 03:30 a.m., the defendant was referred to the custody of United States Immigration and Customs Enforcement (ICE) at San Diego, California.

An Immigration Enforcement Agent conducted a thorough review of the Alien Registration File and immigration computer databases. These checks identified the defendant as a citizen of Mexico who was previously deported or removed from the United States to Mexico. The defendant was most recently ordered removed or deported from the United States by an Immigration Judge on August 01, 2007; and removed to Mexico on that same day via the San Ysidro, California, Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States lawfully.

The Automated Biometric Fingerprint Identification System (IDENT) was utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed his identity as Camerino JORGE-Felipe, a citizen and national of Mexico.